**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF VIRGINIA
Lynchburg Division**

| | |
|---|---|
| **THOMAS JEFFERSON CROSSINGS HOMEOWNERS' ASSOCIATION, INC. PLAINTIFF,**<br><br>v.<br><br>**MANSOUR ETEMADIPOUR and NICK ETEMADIPOUR,**<br>        **DEFENDANTS.** | **Case No: 6:22-cv-16-NKM** |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

For the reasons set forth in the accompanying brief, Defendants bring this Motion under Rule 56(a) of the Federal Rules of Civil Procedure for summary judgment on Plaintiff's claims of Breach of Contract, with regard to 1060 Governors Lane Forest, VA (Count I), 1072 Governors Lane Forest, VA (Count II), and 1080 Governors Lane Forest, VA (Count III). The pleadings and discovery show that no genuine issue of material fact exists as to whether Defendants breached their contract with the Plaintiff, and as to whether Plaintiff has suffered damages as a result. Accordingly, Defendants do hereby request that this Court enters an Order granting summary judgment in favor of the Defendants, and disposing of this case in its entirety.

Respectfully submitted,

**MANSOUR ETEMADIPOUR and
NICK ETEMADIPOUR,
Defendants.**

BY: ***s/Brenda E. Castañeda***
Brenda E. Castañeda (VSB No. 72809)
Housing Opportunities Made Equal of Virgnia, Inc.
626 East Broad Street, Suite 400
Richmond, VA 23219
Phone: (804) 905-6763
Fax: (804) 354-0690
bcastaneda@homeofva.org

and

Ge'Andra D. Johnson, *pro hac vice*
Johnson Legal, P.L.L.C.
4101 Perimeter Center Drive, Suite 110
Oklahoma City, Oklahoma 73112
Phone: 405-702-7228
Facsimile: 405-702-7228
gjohnson@johnsonlegalok.com
***Attorneys for Defendants***

## **CERTIFICATE OF SERVICE**

       I hereby certify that on the 18th day of August, 2023, I electronically transmitted the attached document to the Clerk of Court using the ECF system for filing, which will transmit a Notice of Electronic Filing to the following ECF Registrants:

William C. Wampler, III, Esq.
Noah Wyer, Esq.
WAMPLER WYER PLC
120 Court Street
NE Abingdon,
VA 24210
276-601-3003 phone
276-451-2894 fax
w3@wamplerwyer.com
nwyer@wamplerwyer.com

                                                                         */s/Brenda Castañeda*
                                                                         Brenda Castañeda
                                                                 Attorney for Defendants